```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Viola Bert, Connie Biggs, Argentina
Harrison, May Hinkle, Laura Jones, Valerie
Lowe McElroy, Thelma Nettles,

                        Plaintiffs,    CV-06-4789(CPS)


   - against -                         ORDER DENYING
                                       APPLICATION FOR
                                       PRELIMINARY
                                       INJUNCTION
New York City Board of Elections,

                        Defendant.

----------------------------------------X
```

     For the reasons stated in the Memorandum Opinion and Order dated September 7, 2006, the application of the plaintiffs in the above referenced case for a Preliminary Injunction is denied.

     The Clerk is directed to furnish a filed copy of the within to all parties and to the assigned Magistrate Judge.

SO ORDERED.

Dated :    Brooklyn, New York
           September 7, 2006


                    By:/s/ Charles P. Sifton (electronically signed)
                              United States District Judge