UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

VIOLA BERT, et al,

                              Plaintiffs,

-against-

NEW YORK CITY BOARD OF ELECTIONS,

                              Defendant.

------------------------------------------------------------------ x

**STIPULATION OF DISMISSAL**

06 Civ. 4789 (CPS)

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by, between, and among the parties herein, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims against defendants are dismissed with prejudice and without costs and/or fees to any party; and

Dated:     New York, New York
            December 5, 2006

| | |
|---|---|
| **MARK C. FANG**<br>Attorney for Plaintiffs<br>151 Broadway<br>Hawthorne, New York 10532<br>(914) 741-2929 | **MICHAEL A. CARDOZO**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants Board of<br>  Elections and the City of New York<br>100 Church Street, Room 2-126<br>New York, New York 10007<br>(212) 788-0849 |
| By: _____<br>     Mark C. Fang (MF   ) | By: _____<br>     Stephen Kitzinger (SK 6328)<br>     Assistant Corporation Counsel |
| 11/13/07<br>Date | SO ORDERED:<br>    s/Hon. Charles P. Sifton<br>_____<br>U.S.D.J. |